Docket as of December 22, 2003 11:43 pm                          Web PACER (v2.4)

---

# U.S. District Court

## Western District of Texas (Austin)

## CIVIL DOCKET FOR CASE #: 03-CV-663

### State of Texas v. Roxane Laboratories, et al

Filed: 09/18/03
Assigned to: Honorable Sam Sparks
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 151
Lead Docket: None
Jurisdiction: Federal Question
Dkt # in 201st Dist., Travis : is GV3-03079
Cause: 28:1441 Petition for Removal

---

```
STATE OF TEXAS, State of Texas      Patrick J. O'Connell
ex rel. Ven-A-Care of the           512/499-0712
Florida Keys, Inc.                  [COR LD NTC]
     plaintiff                      Office of the Attorney General
                                    P.O. Box 12548
                                    Austin, TX 78711-2548
                                    (512) 475-4193

                                    Joseph Virgil Crawford
                                    512/476-5382
                                    [COR LD NTC]
                                    Wright & Greenhill, P.C.
                                    221 West 6th Street
                                    Suite 1800
                                    Austin, TX 78701
                                    (512)476-4600

     v.

ROXANE LABORATORIES, INC.           Stephen E. McConnico
     defendant                      512/474-0731
                                    [COR LD NTC]
                                    Scott, Douglass & McConnico
                                    One American Center
                                    600 Congress Ave., 15th Floor
                                    Austin, TX 78701
                                    (512) 495 6300

                                    Steven J. Wingard
```

```
                                        512/474-0731
                                        [COR LD NTC]
                                        Scott, Douglass & McConnico,
                                        L.L.P.
                                        600 Congress Avenue
                                        Suite 1500
                                        Austin, TX 78701
                                        (512)495-6300

BOEHRINGER INGELHEIM                    Stephen E. McConnico
PHARMACEUTICALS, INC.                   (See above)
     defendant                          [COR LD NTC]

                                        Steven J. Wingard
                                        (See above)
                                        [COR LD NTC]

BEN VENUE LABORATORIES, INC.            Stephen E. McConnico
     defendant                          (See above)
                                        [COR LD NTC]

                                        Steven J. Wingard
                                        (See above)
                                        [COR LD NTC]

BOEHRINGER INGELEHIEM                   Stephen E. McConnico
CORPORATION                             (See above)
     defendant                          [COR LD NTC]

                                        Steven J. Wingard
                                        (See above)
                                        [COR LD NTC]
```

## DOCKET PROCEEDINGS

```
DATE      #        DOCKET  ENTRY


9/18/03   --       Case assigned to Honorable Sam Sparks (tdk)
                   [Entry date 09/22/03]

9/18/03   --       Rec'd supplement to JS-44 (tdk) [Entry date 09/22/03]

9/18/03   1        Notice for Removal by State of Texas  Filing Fee: $ 150.00
                   Receipt # 344497 (tdk) [Entry date 09/22/03]

9/22/03   2        Order signed by Honorable Sam Sparks to supplement the
                   record with state court filings. (tdk) [Entry date 09/22/03]
```

| Date | # | Entry |
|---|---|---|
| 9/22/03 | -- | Court file prepared and forwarded to Judge Sparks (tdk) [Entry date 09/22/03] |
| 9/23/03 | 3 | Order setting scheduling recommendations due from the parties for 11/21/03 signed by Honorable Sam Sparks (tdk) [Entry date 09/23/03] |
| 9/29/03 | 4 | Notice of filing by Dfts Roxane Laboratories, Boehringer Ingelheim, Ben Venue Laborator, Boehringer I. Corp. of state court docket sheet. (tdk) [Entry date 10/01/03] |
| 11/4/03 | 6 | Motion by State of Texas for limited stay of proceedings (tdk) [Entry date 11/07/03] |
| 11/5/03 | 5 | Advisory to the court filed by Dfts Roxane Laboratories, Boehringer Ingelheim, Ben Venue Laborator, Boehringer I. Corp. advising the Court that Dfts do not oppose Pltfs' motion for limited stay of proceedings. (tdk) [Entry date 11/07/03] |
| 11/14/03 | 7 | Order granting motion for limited stay of proceedings [6-1] signed by Honorable Sam Sparks; case stayed until the earliest occurrence of the following events: (1) a decision by the Clerk of the Judicial Panel on Multi-District Litigation denying the transfer of this cause; or (2) the arrival of the date of May 21, 2004 without the rendering of any decision by the Clerk of the Judicial Panel on Multi-District Litigation; upon either of these events, parties will have twenty-one (21) days to make compliance with F.R.C.P. 26(f) and submission of a proposed scheduling order. (tdk) [Entry date 11/14/03] |
| 11/14/03 | -- | Letter to attorney James Breen regarding non-admissions status. (tdk) [Entry date 11/14/03] |
| 12/19/03 | -- | Letter, courtesty copy, from Clerk of the Panel on Multidistrict Litigation regarding the transfer of this case to the U.S. District Court for the District of Massachusetts; transfer effective after the receipt of a certified copy of the filed Order in that Court. (tdk) [Entry date 12/22/03] |

### END OF DOCKET: 1:03cv663

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/04/2004 15:46:37 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | docket report | Search Criteria: | 1:03cv00663 |
| Billable Pages: | 3 | Cost: | 0.21 |