UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACY INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>State of Texas ex rel. Ven-A-Care of Florida Keys, Inc. v. Roxane Laboratories, Inc., et al., 1:04 -cv-10886-PBS | |

**MOTION OF THE STATE OF TEXAS AND RELATOR TO REMAND
ACTION TO TEXAS STATE COURT**

Plaintiffs, the State of Texas and Ven-A-Care of the Florida Keys, respectfully submit this motion to remand this lawsuit to the District Court of Travis County, Texas.

This lawsuit was originally filed by the Plaintiffs in the 201st District Court of Travis County Texas seeking damages, penalties, and attorney's fees from Defendants Roxane Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., Ben Venue Laboratories, Inc., and Boehringer Ingelheim Corporation for violations of the Texas Medicaid Fraud Prevention Act and common law fraud.

All Defendants joined in the removal of the lawsuit to the United States District Court for the Western District of Texas, Austin Division in September of 2003, alleging this case presents a federal question, thus invoking federal question jurisdiction under 28 U.S.C.A § 1331. In December 2003, this case was transferred to this Court by the Judicial Panel on Multidistrict Litigation,

pursuant to its finding that this case involves questions of fact which are common to other actions previously transferred to this Court.

Plaintiffs move that this action be remanded to the 201st District Court of Travis County, Texas because there is no federal question presented by this lawsuit. All of the actions alleged against the Defendants are based on, and will be controlled by, Texas law. Plaintiffs' allegations in this lawsuit arise from the Defendants' false reporting of price information to the Texas Medicaid program. There are no allegations of violations of federal law or regulations, nor are there any allegations related to employee benefit plans regulated by ERISA. Plaintiffs have not brought any claim based on a violation of the "best price" requirement in a Medicaid-rebate agreement between the Defendants and the federal government. Accordingly, remand is proper under this Court's analysis in *Montana v. Abbot Laboratories*, 266 F.Supp.2d 250 (D.Mass.2003).

This motion is supported by the accompanying Memorandum of Law and by such other briefs and argument as may be submitted in reply or at any hearing.

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for Plaintiffs conferred in good faith with counsel for Defendants and they were unable to resolve or narrow the issues presented by this motion.

Dated: May 27, 2004                     Respectfully submitted,

                                        Respectfully submitted,
                                        GREG ABBOTT
                                        Attorney General of Texas

                                        BARRY R. McBEE
                                        First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General for Litigation

MARK TOBEY
Chief, Antitrust & Civil Medicaid Fraud Division

PATRICK J. O'CONNELL
Section Chief, Civil Medicaid Fraud Section


/s/ *Patrick J. O'Connell*
PATRICK J. O'CONNELL
Assistant Attorney General
Office of the Attorney General
Antitrust & Civil Medicaid Fraud Division
State Bar No. 15179900
P.O. Box 12548
Austin, Texas 78711-2548
(512) 475-4193 [PHONE]
(512) 499-0712 [FAX]

JOSEPH V. CRAWFORD
Wright & Greenhill, P.C.
State Bar No. 05030600
221 West 6th Street, Suite 1800
Austin, Texas 78701-3495
(512) 476-4600 [PHONE]
(512) 476-5382 [FAX]

ATTORNEYS FOR THE STATE OF TEXAS


/s/ *James J. Breen*
JAMES J. BREEN
Florida Bar No. 297178
ALISON W. SIMON
Florida Bar No. 0109568
The Breen Law Firm, P.A.
P.O. Box 297470
Pembroke Pines, Florida 33029-7470
(954) 499-1171 [PHONE]
(954)-499-1173 [FAX]

/s/ Jonathan Shapiro
JONATHAN SHAPIRO
BBO No. 454220
STERN, SHAPIRO, WEISSBERG & GARIN
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800 [PHONE]
(617) 742-5858 [FAX]

JOHN E. CLARK
State Bar No.04287000
Goode Casseb Jones
Riklin Choate & Watson
2122 North Main Avenue
P.O. Box 120480
San Antonio, Texas 78212-9680
(210) 733-6030 [PHONE]
(210) 733-0330 [FAX]

SHERRIE R. SAVETT
Pennsylvania Bar No. 17646
SUSAN SCHNEIDER THOMAS
Pennsylvania Bar No. 32799
JEANNE A. MARKEY
Pennsylvania Bar No. 40175
JOY P. CLAIRMONT
Pennsylvania Bar No. 82775

GARY AZORSKY
Pennsylvania Bar No. 38924
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000 [PHONE]
(215) 875-4636 [FAX]

ATTORNEYS FOR RELATOR,
VEN-A-CARE OF THE FLORIDA KEYS, INC.

## CERTIFICATE OF SERVICE

I, Jonathan Shapiro, hereby certify that a true and accurate copy of the foregoing document was served upon all counsel of record via Verilaw on May 27, 2004.

/s/ *Jonathan Shapiro*
Jonathan Shapiro