## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACY INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |

THIS DOCUMENT RELATES TO:

State of Texas ex rel. Ven-A-Care of Florida
Keys, Inc. v. Roxane Laboratories, Inc., et al.,
1:04-cv-10886- PBS

## CERTIFICATE OF GOOD STANDING

Patrick J. O'Connell, an Assistant Attorney General for the State of Texas, 300 West 15th Street, 9th Floor, Austin, Texas 78701, hereby certifies:

(1)   I am a member of the State Bar of Texas and the United States District Court for the Western District of Texas.

(2)   I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

(3)   There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

(4)   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 27th day of May, 2004.

Respectfully submitted,

/s/ Patrick J. O'Connell
PATRICK J. O'CONNELL
Assistant Attorney General
Office of the Attorney General
Antitrust & Civil Medicaid Fraud Division
State Bar No. 15179900
P.O. Box 12548
Austin, Texas 78711-2548
(512) 475-4193 [PHONE]
(512) 499-0712 [FAX]

**CERTIFICATE OF SERVICE**

I, Jonathan Shapiro, hereby certify that a true and accurate copy of the foregoing document was served upon all counsel of record via Verilaw on May 27, 2004.

/s/ Jonathan Shapiro
Jonathon Shapiro